E-FILED
Wednesday, 29 November, 2006  02:02:47 PM
Clerk, U.S. District Court, ILCD

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS
# PEORIA DIVISION

| | |
|---|---|
| SHERRY JONES, )<br>    Plaintiff, )<br>v. )<br>RICH MORRIS, et al. )<br>    Defendant. ) | No. 06-1136 |

## O R D E R

Before the Court is Defendant's Motion to Dismiss (Doc. 13) and Magistrate Judge Byron Cudmore's Report and Recommendation (Doc. 14). Judge Cudmore recommended that Defendant's Motion to Dismiss be DENIED. The parties have not filed any objections with the ten (10) days allotted by 28 U.S.C. 636(b)(1). Failure to object constitutes a waiver of any objections. See Johnson v. Zema Sys. Corp., 170 F.3d 734, 739 (7th Cir. 1999); Video Views Inc. v. Studio 21 Ltd., 797 F.2d 538 (7th Cir. 1986). Accordingly, the Court ADOPTS the Report and Recommendation of the Magistrate Judge.

IT IS THEREFORE ORDERED that Defendant's Motion to Dismiss be DENIED.

ENTERED this  29th  day of November, 2006.

                                            s/ Joe Billy McDade
                                            Joe Billy McDade
                                  United States District Judge